PATRICK McNEAL *vs.* HENRY MACOMBER *et al.*

PROVIDENCE—DECEMBER 1, 1903.

PRESENT: Stiness, C. J., Tillinghast and Douglas, JJ.

(1)   *Trover.   Landlord and Tenant.   Larceny.*

A tenant in possession, who removed carpets attached to the floor and let
   with the house, is not guilty of larceny, as the goods were not taken
   from the actual or constructive possession of the owner.

TROVER.  Heard on exceptions to ruling of District Court.
Exceptions sustained.

PER CURIAM.  The defendants were tenants of the plaintiff
of a certain dwelling house, in which were some carpets at-
tached to the floor and let with the house.  After the defend-
ants had removed, it was discovered that the carpets were
gone.  Thereupon the plaintiff brought this action of trover
and conversion in the District Court of the Tenth Judicial
District.

At the trial evidence was introduced tending to show that
the defendants had taken away the carpets.  It was urged by
the defendants that such alleged taking was larceny, and a
motion for a nonsuit was made on the ground that a crimi-
nal complaint therefor should have been made before this ac-
tion could be commenced.

The court granted the motion, on the authority of *Struthers*
v. *Peckham,* 22 R. I. 8, and the plaintiff brings the case to
this court on exception to the ruling.

We think the exception must be sustained.

(1)   In the case cited the defendant was only custodian of the
property.  Here the defendants were in possession.

To constitute larceny the goods must have been taken from
the actual or constructive possession of the owner.  If, after
the defendants had left the house and their tenancy and right-
ful possession of these goods had ceased, they had returned
and taken them, such taking, with felonious intent, would

have been larceny; but no such circumstances are shown by the record submitted here.

The exception is sustained, and the case will be remanded to the District Court for further proceedings.

*John W. Daniels,* for plaintiff.

*Thomas F. Vance,* for defendants.